IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL
:
v. :
**Christopher Williams** : NO. 13-857-M

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is released on bail in the amount of: $ 20,000
  **X** O/R
  ___ cash
  ___ secured by:
    ___ % cash
    ___ property at: _____
    ___ Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the
Property stated above with a copy of the deed as indicia of ownership.

FILED
JUL 24 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### PRETRIAL SERVICES

**X** Defendant shall report to Pretrial Services:
  **X** **as directed** by Pretrial Services.
  ___ times per week **in person**.
  ___ times per week **via telephone**.

~~___~~ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
**X** Defendant shall submit to **random drug testing** as directed by Pretrial Services.
**X** Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
___ Defendant shall submit to **electronic monitoring** at the following address:
_____

___ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

___ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

### PASSPORT

**X** Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

_X_ Travel is restricted to the **Eastern District of Pennsylvania**. + _DNJ_
___ Travel is restricted to the _____.
_X_ Unless prior permission is granted by Pretrial Services.

## FIREARMS

_X_ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

_X_ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
_X_ Defendant must maintain present **employment**.
___ Defendant must **actively seek** gainful employment.
___ Defendant shall undergo a **mental competency evaluation**.
_X_ Defendant must reside:

at: _616 Francois Court, Burlington NJ_
with: _Mother_

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this _24th_ day of _July_, 2013.

BY THE COURT:

_Lynne A. Sitarski_
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

(Form Revised December, 2007)